Submitted November 1, reversed December 18, 2013

In the Matter of S. L. A.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## S. L. A.,
*Appellant.*

Deschutes County Circuit Court
12MH0001; A150591

316 P3d 433

Victoria K. Moffet filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Duncan, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that she is a danger to herself because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.